UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MATTHEW LOUIS JOHNSON, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> M. E. SPEARMAN, WARDEN, ) <br> ) <br> Respondent. ) <br> _____) | No. CV 13-3021 JVS (AJW) <br><br> ORDER ACCEPTING REPORT AND <br> RECOMMENDATION OF <br> MAGISTRATE JUDGE |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), the Supplemental Report and Recommendation, and petitioner's objections to the Report. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: June 10, 2013

_____
James V. Selna
United States District Judge