UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **MATTHEW LOUIS JOHNSON,** | Case No. CV 13-3021-JVS(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| **M.E. SPEARMAN, Warden,** | |
| Respondent. | |

It is hereby adjudged that (1) to the extent the petition challenges petitioner's 1997 conviction, it is dismissed as successive; and (2) to the extent the petition challenges state post-conviction proceedings involving his petition to recall his sentence, it is denied.

Dated: June 10, 2013

_____
James V. Selna
United States District Judge